IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **JAMES LYDIA,**  *Plaintiff*, | § § § | |
| v. | § § | No. MO:22-CV-149-DC |
| **FEVID TRANSPORT, LLC and SAND REVOLUTION II, LLC**  *Defendants*. | § § § § | |

## ORDER

BEFORE THE COURT is Defendants Fevid Transport, LLC and Sand Revolution II, LLC's (collectively, "Defendants") Motion to Compel Arbitration and Plaintiff James Lydia's ("Plaintiff") Response indicating he is not opposed to the Motion. (Doc. 10).

It is therefore **ORDERED** that Defendants' Motion to Compel is **GRANTED** (Doc. 10), Defendants and Plaintiff shall arbitrate this matter pursuant to the Parties' Mutual Agreement to Arbitrate Claims dated March 4, 2019.

It is further **ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE** pending resolution of this arbitration.

It is further **ORDERED** that all pending motions be **DENIED** as moot.

It is finally **ORDERED** that the Clerk of the Court **CLOSE** this case.

It is so **ORDERED**.

SIGNED this 14th day of November, 2022.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE